IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| KBA-GIORI, NORTH AMERICA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 2:08-cv-34-HCM-FBS |
| v. | ) |
| | ) |
| MUHLBAUER, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE TESTIMONY BY MARIO DE GASPERI

Plaintiff KBA-Giori, North America, Inc. ("KBA"), by counsel, hereby moves in limine to exclude any testimony by Mario De Gasperi on the grounds that defendants Muhlbauer, Inc. and TEMA GmbH ("Muhlbauer") did not timely disclose him and his testimony is irrelevant or cumulative and prejudicial as set forth in KBA's brief in support filed herewith.

Respectfully submitted,

Dated: September 29, 2009

By: /s/ Jason E. Manning
Jeffrey H. Gray, Esq. (VSB No. 22304)
Jason E. Manning, Esq. (VSB No. 74306)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
E-mail: jason.manning@troutmansanders.com
E-mail: Jeffrey.gray@troutmansanders.com

Jeffrey M. Olson, Esq. (admitted *pro hac vice*)
Paul H. Meier, Esq. (admitted *pro hac vice*)
Samuel N. Tiu, Esq. (admitted *pro hac vice*)
Matthew S. Jorgenson, Esq. (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
(213) 896-6000

Daniel E. Gustafson, Esq. (admitted *pro hac vice*)
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, Minnesota 55402
(612) 333-8844

Attorneys for Plaintiff
KBA-GIORI, NORTH AMERICA, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| KBA-GIORI, NORTH AMERICA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 2:08-cv-34-HCM-FBS |
| v. | ) |
| | ) |
| MUHLBAUER, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of September, 2009, I will electronically file the foregoing **PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE TESTIMONY BY MARIO DE GASPERI** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Counsel for Defendant Muhlbauer, Inc. and TEMA GmbH**
Michael R. Katchmark, Esq. (mkatchmark@wilsav.com)
**WILLCOX & SAVAGE, P.C.**
One Commercial Place, Suite 1800
Norfolk, Virginia 23510

Gary M. Ropski, Esq. (gropski@usebrinks.com)
Michael P. Chu, Esq. (mchu@usebrinks.com)
Mircea A. Tipescu, Esq. (mtipescu@usebrinks.com)
Christopher T. Sukhaphadhana, Esq. (csukhaphadhana@usebrinks.com)
Richard D. Watkins (rwatkins@usebrinks.com)
Richard E. Stanley, Jr. (rstanley@usebrinks.com)
**BRINKS HOFER GILSON & LIONE**
NBC Tower
455 North Cityfront Plaza Drive, Suite 3600
Chicago, Illinois 60611


JC Miller, Esq. (jc.miller@thompsonhine.com)
**THOMPSON HINE LLP**
1920 N Street NW, Suite 800
Washington, D.C. 20036

**Counsel for United States of America**
Gary Lee Hausken, Esq. (gary.hausken@usdoj.gov )
U. S. DEPARTMENT OF JUSTICE – Civil Division
Commercial Litigation Branch
Washington, DC 20530

Susan Lynn Watt, Esq. (susan.watt@usdoj.gov)
UNITED STATES ATTORNEY'S OFFICE
101 W. Main Street, Suite 8000
Norfolk, VA 23510

        /s/ Jason E. Manning
Jason E. Manning, Esq. (VSB No. 74306)
Counsel for Plaintiff
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524
jason.manning@troutmansanders.com

389926v1